UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TRACY MACK, | : | BANKRUPTCY NO. 23-12713 |
| Debtor | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : | CHAPTER 13 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| TRACY MACK AND SCOTT F. WATERMAN, | : | |
| Respondents | : | RELATED TO DOCS #93-95 |

**RESPONSE OF PENNSYLVANIA HOUSING FINANCE AGENCY TO MOTION TO VACATE RELIEF ORDER**

AND NOW comes Pennsylvania Housing Finance Agency ("PHFA"), through its attorneys, Purcell, Krug & Haller and files this Response to Debtor's Motion to Vacate Relief Order and Reinstate Stay as follows:

1-3. Admitted.

4-5. Denied.

6. Denied. In further answer thereto, an Order approving Stipulation dated August 7, 2024 is attached hereto as Exhibit "A". At the time of the executed Stipulation, Debtor had failed to make any postpetition payments. Following the entry of the Order, Debtor failed to make payments from August, 2024 through November 2024. Certification of Default was filed January 24, 2025. Relief was granted February 21, 2025. The PHFA Pay History is attached hereto and made a part hereof as Exhibit "B". Debtor submitted one payment on January 27, 2025, which was reversed on February 5, 2025. Another payment was made February 5, 2025 in the amount of $950.00. Accordingly, since the Order was entered, Debtor has failed to make eight (8) mortgage payments.

WHEREFORE, the Pennsylvania Housing Finance Agency requests that the Court deny Debtor's Motion to Vacate Relief Order.

PURCELL, KRUG & HALLER

By:_/s/ Leon P. Haller____________

Leon P. Haller, Esquire
Attorney for Movant
1719 North Front Street
Harrisburg, PA 17102
(717)234-4178
Attorney ID #15700
lhaller@pkh.com

Date: April 22, 2025