Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tracy Mack
783 EdgeHill Road
Glenside, PA 19038

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12713-AMC**

Petition Filed Date: 09/10/2023
341 Hearing Date: 11/17/2023
Confirmation Date: 11/13/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2025 | $140.00 | | 12/09/2025 | $200.00 | | 02/24/2026 | $200.00 | |
| 03/31/2026 | $200.00 | | 04/14/2026 | $100.00 | | 05/12/2026 | $200.00 | |
| 06/02/2026 | $200.00 | | 07/02/2026 | $200.00 | | | | |

**Total Receipts for the Period: $1,440.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Unsecured Creditors | $319.10 | $0.00 | $319.10 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $278.90 | $0.00 | $278.90 |
| 4 | SANTANDER CONSUMER USA INC<br>»» 004 | Secured Creditors | $4,949.62 | $2,326.16 | $2,623.46 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $1,652.60 | $0.00 | $1,652.60 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $1,750.54 | $1,750.54 | $0.00 |
| 7 | FEDERAL LOAN SERVICING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK/MACYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TD BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12713-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,440.00 | Current Monthly Payment: | $210.00 |
| Paid to Claims: | $4,976.70 | Arrearages: | $340.00 |
| Paid to Trustee: | $463.30 | Total Plan Base: | $11,044.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.